LPCiminelli, Inc. v JPW Structural Contr., Inc. (2023 NY Slip Op 03111)

LPCiminelli, Inc. v JPW Structural Contr., Inc.

2023 NY Slip Op 03111

Decided on June 9, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 9, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., LINDLEY, MONTOUR, OGDEN, AND GREENWOOD, JJ.

209 CA 22-00730

[*1]LPCIMINELLI, INC., PLAINTIFF-APPELLANT,
v
JPW STRUCTURAL CONTRACTING, INC., DEFENDANT-APPELLANT, FREY ELECTRIC CONSTRUCTION CO., INC., DEFENDANT-RESPONDENT, ET AL., DEFENDANT. (APPEAL NO. 1.) 

ZDARSKY, SAWICKI & AGOSTINELLI LLP, BUFFALO (GUY J. AGOSTINELLI OF COUNSEL), FOR PLAINTIFF-APPELLANT.
BYRNE COSTELLO & PICKARD, P.C., SYRACUSE (JORDAN R. PAVLUS OF COUNSEL), FOR DEFENDANT-APPELLANT. 
BARCLAY DAMON LLP, BUFFALO (JAMES P. DOMAGALSKI OF COUNSEL), FOR DEFENDANT-RESPONDENT. 

 Appeals from an order of the Supreme Court, Erie County (Timothy J. Walker, A.J.), entered March 18, 2022. The order, among other things, granted the motion of defendant Frey Electric Construction Co., Inc. for summary judgment. 
It is hereby ORDERED that said appeal is unanimously dismissed
without costs.
Same memorandum as in LPCiminelli, Inc. v JPW Structural Contr., Inc. ([appeal No. 2] — AD3d — [June 9, 2023] [4th Dept 2023]).
Entered: June 9, 2023
Ann Dillon Flynn
Clerk of the Court